IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 25-cv-04258-SRB ) |
| ERIN BURNETT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #2) to deny Plaintiff Presidential Candidate Number P60005535, also known as Ronald Satish Emrit, and Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, doing business as United Emrits of America's ("Plaintiffs") Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #1).

After an independent review of the record and applicable law, the Court hereby ADOPTS Judge Epps' Report and Recommendation (Doc. #2). Consequently, it is hereby ORDERED that Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #1) is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2025